UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERMAN RUVALCABA ROSALES,

           Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

           Respondent.

Case No. C12-562-RSL

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's return and motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation; and

2. Petitioner's petition for writ of habeas corpus is DENIED, respondent's motion to dismiss is GRANTED, and this action is DISMISSED with prejudice.

DATED this 21st day of August, 2012.

*MM S Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL- 1